196 So.2d 729

### Willie Gerald WALKER

v.

### STATE.

I Div. 436.

Supreme Court of Alabama.

March 16, 1967.

Robt. F. Ware, Jr., Millry, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Willie Gerald Walker for certiorari to the Court of Appeals to review and revise the judgment and decision in Walker v. State, 43 Ala.App. 582, 196 So.2d 727.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

196 So.2d 871

### Joe F. WATSON

v.

### CITY OF DOTHAN.

4 Div. 287.

Supreme Court of Alabama.

March 9, 1967.

Farmer & Farmer, Dothan, for petitioner.

C. R. Lewis, Dothan, opposed.

LIVINGSTON, Chief Justice.

Petition of Joe F. Watson for certiorari to the Court of Appeals to review and revise the judgment and decision in Watson v. City of Dothan, 43 Ala.App. 591, 196 So.2d 869.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.